**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MILAD KELLINI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02275-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOHPER BULLOCK, Field Office | ) | |
| Director at the U.S. Immigrations and | ) | |
| Customs Enforcement New Orleans Field | ) | |
| Office, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER TO SHOW CAUSE**

Petitioner Milad Kellini, a noncitizen detained in the Western District of Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)  The Court ordered Respondent to respond to the Petition by March 27, 2026, and Petitioner to reply to the response by April 3, 2026.  (ECF No. 9.)  It has been over a month since Petitioner's deadline to reply, and he has failed to do so.

The Court therefore **DIRECTS** Petitioner, within twenty-one (21) days of entry of this Order, to show cause why he has failed to reply as ordered.  If Plaintiff fails to comply with the instructions in this Order, and without further warning, the Court will dismiss this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 11th day of May, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

1